**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:06CR153-MHT |
| v. ) | [18 U.S.C. § 641] |
| ) | |
| IRA KENYATTA MCGHEE ) | INDICTMENT |
| a/k/a "Yada" ) | |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendant, **IRA KENYATTA MCGHEE**, was a resident of Montgomery, Alabama.

2. On or about September 26, 2005, McGhee caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that McGhee had suffered losses to a property he rented as his primary residence in Harvey, Louisiana. In fact, McGhee did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted McGhee's application and caused a United States Treasury check in the amount of $2,000 to be mailed to an address in Montgomery, Alabama. McGhee received the check and cashed it.

4. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**IRA KENYATTA MCGHEE,**

did embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | October 17, 2005 | FEMA disaster assistance funds in the amount of $2,000. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_Janice Davis Williams_
Foreperson

_Leura G. Canary_
LEURA G. CANARY
United States Attorney

_Christopher A. Snyder_
CHRISTOPHER A. SNYDER
Assistant United States Attorney