IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr153-MHT |
| | ) | |
| IRA KENYATTA McGHEE | ) | |

## ORDER

Defendant, IRA KENYATTA McGHEE, has not been arraigned on the pending

indictment.  Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for March

27, 2007 at 8:30 a.m. in Courtroom 5B,  Frank M. Johnson, Jr. Federal Building and

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done, this 15th day of March, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE