IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:06-cr-00153-MHT |
| | ) |
| IRA KENYATTA MCGHEE | ) |

## NOTICE OF INTENT TO PLEA GUILTY

COMES NOW the defendant, IRA KENYATTA MCGHEE, by and through counsel, and notifies the Court of his intent to enter a plea of guilty to Indictment to be filed in the above styled case, pursuant to a plea agreement negotiated under the Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

Respectfully submitted, this the 21st day of March, 2007.

/s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Chris Synder.

      /s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com

2