IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr153-MHT |
| | ) | |
| IRA KENYATTA McGHEE | ) | |

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #10) filed on March 21, 2007, it is hereby

ORDERED that the defendant, IRA KENYATTA McGHEE, appear with counsel before U. S. Magistrate Judge Wallace Capel, Jr. on March 23, 2007 at 10:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 22nd day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE