IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.     ) | CRIMINAL ACTION NO. |
| ) | 2:06cr153-MHT |
| IRA KENYATTA McGHEE    ) | |

### ORDER

Because of a scheduling conflict, it is ORDERED that the sentencing for defendant Ira Kenyatta McGhee, now set for July 3, 2007, is reset for July 19, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 26th day of April, 2006.


　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE